# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| UNITED STATES OF AMERICA | INITIAL APPEARANCE/ARRAIGNMENT |
| --- | --- |
| v. | AND PLEA MINUTES |
| HUSSEIN HAJI | CASE NUMBER **23-CR-68** |

| | |
| --- | --- |
| HONORABLE NANCY JOSEPH, presiding | Court Reporter: Liberty |
| Deputy Clerk: Ross Miller | Hearing Began: 4:14pm |
| Hearing Held: April 27, 2023 at 4:15pm | Hearing Ended: 4:33pm |

**Appearances:**

UNITED STATES OF AMERICA by: Abbey Marzick
Hussein Haji, in person, and by: Craig Powell              ☑ CJA  ☐ FDS  ☐ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | | | |
| --- | --- | --- | --- |
| Speedy Trial Date: | July 6, 2023 | District Judge: | Brett Ludwig |
| Final Pretrial Conf.: | TO BE SET | Bond Judge: | Nancy Joseph |
| Jury Trial Date: | TO BE SET | Magistrate Judge: | Nancy Joseph |
| Trial Length Estimate: 3 days | | Motions Due: | May 12, 2023 |
| | | Responses Due: | May 22, 2023 |
| | | Replies Due: | May 29, 2023 |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant   ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: discovery ready for defense counsel

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☐ Counsel Only Scheduling Conference:

  before Magistrate Judge Nancy Joseph

<u>Maximum Penalties:</u>
**Count 1** – INC: 20 years; FINE: $250,000; SR: 5 years; SA: $100; **Count 2** – INC: mandatory minimum 7 years-life, consecutive to any other sentence; FINE: $250,000; SR: 5 years; SA: $100.

BOND
Government
- This is a presumption case.
- FBI has been investigating robberies involving postal workers and mailboxes.
- This case involves an armed robbery of a postal worker.
- Defendant and co-actor brandished a weapon during robbery.
- Warrant executed at a residence found stolen key from robbery.
- Getaway car was found at residence along with stolen checks, weapons, and ammunition.
- Citizen witnesses and Ring video of robbery.

- Defendant did confess to MPD.
- Evidence in social media.
- Government seeking detention.

Defendant
- Defendant did not participate in bond study due to advice by counsel.
- Co-actor brandished weapon not Defendant.
- Some statements made by Government inaccurate.
- Defendant cooperated after arrest.
- Defendant likely to appear at future hearing after arrest.
- Defendant is only 21 years old and has learning disabilities.
- Defendant has lived in the community since he was 3-years old.
- Father and brother appear in Court today on short notice to support Defendant.
- Defendant only has ties to this community.
- Defendant and family have extremely limited resources.
- Defendant has no criminal record.
- There are conditions that can be set to allow release.
- No clear and convincing evidence Defendant is a threat to the community.
- Defendant requesting release with conditions.

Court
- Would like a bond study before deciding on Defendant's status before trial.
- ☑ Defendant is ordered temporarily detained

Detention Hearing set for Friday April 28, 2023 at 2:00pm.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings