# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br><br>**HUSSEIN HAJI**<br>*Defendant* | )<br>)<br>) Case No. **23-cr-68**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Hussein Haji**,
who is accused of an offense or violation on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Pretrial Release Violation Petition

☐ Violation Notice  ☐ Order of Court

This offense is briefly described as follows:
Count 1: 18:1951(a) and 2(a) - Hobbs Act Robbery
Count 2: 18:924(c)(1)(A)(ii) and 2(a) - Brandishing a Firearm During a Crime of Violence

Date: April 11, 2023

*s/ Linda M. Zik*
*Issuing officer's signature*

GINA M. COLLETTI, Clerk, U.S. District Court
By: Linda M. Zik, Deputy Clerk
*Printed name and title*

City and State: Milwaukee, Wisconsin

### Return

This warrant was received on *(date)* 4/11/23, and the person was arrested on *(date)* 4/27/2023
at *(city and state)* Milwaukee, WI.

Date: 4/27/2023

*Arresting officer's signature*

Heather Wanous, Special Agent
*Printed name and title*