UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

# COURT MINUTES

UNITED STATES OF AMERICA

v.   COUNSEL-ONLY STATUS CONFERENCE
(by telephone)

HURIA H. ABU, et al.   Case No. 23-cr-0068-bhl

---

HONORABLE BRETT H. LUDWIG presiding   Time Called: 9:02 a.m.
Proceeding Held: February 13, 2024   Time Concluded: 9:14 a.m.
Deputy Clerk: Julie D.   Tape: 81

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Abbey Marzick |
| HURIA H. ABU (1) by: | Robert G. LeBell |
| JESSIE L. COOK (2) by: | Jane H. Christopherson |
| HUSSEIN A. HAJI (3) by: | Craig S. Powell |
| DARRION M. ALLISON (4) by: | Jacob A. Manian |

---

The Court summarized the procedural history of the case. The government reported that plea agreements have been tendered to all defendants except for Defendant Abu, who requested additional time to review discovery. Counsel for Defendant Cook reported that her client is now part of a parallel state court criminal case and asked for 60-day continuance. Counsel for Defendants Haji and Allison reported that their clients also are charged in the state criminal case and agreed that a 60-day continuance is appropriate. Counsel for Defendant Abu reported that he is reviewing the extensive discovery, his client is also charged in the state case, and agreed that a 60-day continuance is appropriate. The government has no objection to a 60-day continuance.

With the agreement of all parties, the Court set a continued counsel-only status conference for **April 19, 2024, at 9:00 a.m.** To appear, counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 and Passcode 243805 before the scheduled hearing time. If a plea agreement is filed, the Court will schedule an in-person change of plea hearing for that defendant and defense counsel will be excused from the status conference.

The Court made a finding under the Speedy Trial Act. The period of time from 2/13/24 to 4/19/24 is deemed excludable.